**DISMISS and Opinion Filed June 4, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00145-CV**

**SCOTT SCHUMACHER, Appellant**
**V.**
**DALLAS COUNTY, ET AL.,  Appellees**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-22-00673**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Breedlove

This appeal, challenging the trial court's January 24, 2023 final default judgment, was filed February 9, 2024.  Because the appeal was filed well over a year after the judgment was signed and appeared untimely, we informed appellant that the appeal was subject to dismissal for want of jurisdiction unless he demonstrated the appeal was, in fact, timely.  *See* TEX. R. APP. P. 26.1 (setting deadlines for filing notice of appeal ranging from twenty days to six months from date judgment or appealable order signed, depending on type of judgment or order being appealed); *Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex.

App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional). Appellant filed a brief in response, but the brief addresses the merits of the appeal rather than demonstrating our jurisdiction. Accordingly, because the notice of appeal was not timely filed, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE

240145F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SCOTT SCHUMACHER, Appellant

No. 05-24-00145-CV          V.

DALLAS COUNTY, PARKLAND
HOSPITAL DISTRICT, DALLAS
COUNTY COMMUNITY
COLLEGE DISTRICT, DALLAS
COUNTY SCHOOL
EQUALIZATION FUND, DALLAS
INDEPENDENT SCHOOL
DISTRICT, AND CITY OF
DALLAS, Appellees

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. TX-22-00673.
Opinion delivered by Justice
Breedlove, Justices Smith and Miskel
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Dallas County, Parkland Hospital District, Dallas County Community College District, Dallas County School Equalization Fund, Dallas Independent School District, and City of Dallas recover their costs, if any, of this appeal from appellant Scott Schumacher.

Judgment entered June 4, 2024.

–3–